**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00764-CR

### JACOBY TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F07-52952-N

## ORDER

The Court **REINSTATES** this appeal.

On August 23, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On October 18, 2016, we received the reporter's record. Because findings are no longer necessary, we **VACATE** the August 23, 2016 order.

We **ORDER** the reporter's record filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE